### JOHN M. CURRY ET AL *v.* J. F. TAYLOR ET AL.

**Bond, Common Law—Liability for Collecting Taxes Under.**
> Though under a common law bond, a deputy and his sureties would not be responsible for refusing to collect the taxes of his predecessor, but where he actually makes such collections, he and the sureties are responsible therefor.

APPEAL FROM PENDLETON CIRCUIT COURT.

.February 17, 1870.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The bond executed by the deputy to his principal as sheriff is

not a statutory, but a common law bond, hence, the covenant by the deputy to collect and pay over old taxes is not to be governed by the principles announced in *Middleton vs. Caldwell, 4 Bush, 392*. But the deputy having actually collected the old taxes of his principal's predecessor is responsible therefor, and his having done so is a valuable consideration to fix the responsibility of his securities. Whilst neither he nor they might have been responsible for refusing to collect the taxes or right to do so, yet having actually made the collections, so far as he received them, he and his securities are responsible.

Wherefore, the judgment is reversed for further proceedings consistent herewith.

*Ireland*, for appellant.

*Perrin*, for appellee.